JUDGE JONES

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

08 CV 6401

| Trustees of the IATSE National Health and Welfare Fund, the IATSE Annuity Fund, and the IATSE National Pension Fund, | Plaintiff, |
|---|---|

-v-

HBO Films,

Defendant.

ECF Case

Case No. _____

Rule 7.1 Statement

RECEIVED JUL 17 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

the Plaintiff _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 16, 2008

Signature of Attorney

Attorney Bar Code: NP 6663

Form Rule7_1.pdf  SDNY Web 10/2007