SPIVAK LIPTON LLP
Nicole Cuda Pérez (NP 6663)
1700 Broadway, 21st Floor
New York, New York  10019
Telephone:  (212) 765-2100
Facsimile:   (212) 765-8954

Attorney for Plaintiff Trustees of the IATSE National Health and Welfare Fund, the IATSE Annuity Fund, and the IATSE National Pension Fund

Stephen L. Sapienza (Bar No. SS 5077)
Vice President and Senior Counsel
HOME BOX OFFICE, INC.
1100 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 512-1680
Facsimile:   (212) 512-1986

Attorney for Defendant HBO Films

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE IATSE NATIONAL HEALTH AND WEALFARE FUND, THE IATSE ANNUITY FUND, AND THE IATSE NATIONAL PENSION FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>HBO FILMS,<br><br>Defendant. | CASE NO. 08 CV 6401 (BSJ)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant HBO Films, through their respective counsel of record, as follows:

1. Plaintiff's Complaint, filed July 17, 2008, shall be dismissed with prejudice;

2. Each party shall bear its own costs and attorneys' fees in connection with the prosecution and defense of the above-referenced claims.

DATED: August 16, 2008            SPIVAK LIPTON LLP

By_____
Nicole Cuda Pérez (NP 6663)
Attorney for Plaintiff

DATED: August 27, 2008            HBO FILMS

By_____
Stephen L. Sapienza
Attorney for Defendant HBO Films

**ORDER**

IT IS SO ORDERED.

DATED:

_____
The Honorable Barbara S. Jones
United States District Judge